Reis v J.B. Kaufman Realty Co., LLC (2021 NY Slip Op 04957)

Reis v J.B. Kaufman Realty Co., LLC

2021 NY Slip Op 04957 [37 NY3d 1008]

September 14, 2021

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, October 20, 2021

[*1]

Juvenal Reis, Appellant,
v
J.B. Kaufman Realty Co., LLC, et al., Respondents.

Decided September 14, 2021

Reis v J.B. Kaufman Realty Co., LLC, 181 AD3d 740, affirmed.

APPEARANCES OF COUNSEL

Lambert & Shackman, PLLC, New York City (Thomas C. Lambert of counsel), for appellant.
Stempel Bennett Claman & Hochberg, P.C., New York City (Richard Claman of counsel), for respondents.

{**37 NY3d at 1008} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. In response to defendants' prima facie showing of entitlement to summary judgment, plaintiff failed to raise a triable issue of fact (see Joseph Martin, Jr., Delicatessen v Schumacher, 52 NY2d 105 [1981]).
Concur: Chief Judge DiFiore and Judges Rivera, Fahey, Garcia, Wilson, Singas and Cannataro.